UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROEUR VAN,

      Petitioner,                        Case No. 1:13-CV-1299

v.                                    HON. ROBERT HOLMES BELL

REBECCA ADDUCCI,

      Respondent.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On September 4, 2014, Magistrate Judge Phillip J. Green issued a Report and Recommendation ("R&R") (ECF No. 8) recommending that Respondent's Motion to Dismiss for Lack of Jurisdiction (ECF No. 6) be granted. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

**IT IS HEREBY ORDERED** that the Magistrate Judge's September 4, 2014, R&R (ECF No. 8) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Respondent's Motion to Dismiss for Lack of Jurisdiction (ECF No. 6) is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is **DISMISSED AS MOOT**.

Dated: October 16, 2014                      /s/ Robert Holmes Bell
                                                                    ROBERT HOLMES BELL
                                                                    UNITED STATES DISTRICT JUDGE